# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ANTHONY BRIAN MALLGREN <br> *Plaintiff* <br> v. <br> CATHERINE O'HAGAN WOLFE <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 13-CV-0218-TOR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Plaintiff's proposed Complaint is dismissed for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice _____ on a motion to Proceed In Forma Pauperis.

Date: 07/11/2013 _____

CLERK OF COURT

S/Linda Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk